**CERTIFICATE OF CORPORATE RESOLUTION OF**

*LIVSTREET REALTY CORP.*

The undersigned, the sole shareholder of Livstreet Realty Corp. (the “Shareholder”), a New York Corporation (the "Company"), hereby certifies as follows:

1. The following resolutions were duly and unanimously adopted by the shareholder of the Company at a meeting duly called and held on August 28, 2026 and said resolutions have not been amended and are in full force and effect:

RESOLVED, that it is in the best judgment of the Shareholder that the Company commence a voluntary chapter 11 proceeding to reorganize its business and economic affairs. It is further

RESOLVED, that the Company is authorized to open a debtor-in-possession bank account and take all other steps necessary to ensure that it fully complies with applicable state and federal laws in connection with its bankruptcy case. It is further

RESOLVED, that the Company is authorized to retain Shafferman & Feldman LLP as its bankruptcy counsel and retain any other professionals necessary to prosecute its bankruptcy case.

2. Appearing below are the names of the persons authorized by the foregoing resolution to act on behalf of the Company and appearing opposite their names are their positions and specimens of their true and correct signatures:

| Name | Position | Signature |
| --- | --- | --- |
| Norma E. Ortiz | President | *s/ Norma E. Ortiz* |

IN WITNESS WHEREOF, I have executed this certificate on August 28, 2026. I swear that the foregoing is accurate and true.

August 28, 2026
New York, NY

s/*Norma E. Ortiz*
Norma E. Ortiz
President